# United States District Court
## *Southern District of Georgia*

FILED
U.S. DIST. COURT
BRUNSWICK-DIV.

2005 MAY 26 A 11:00

CLERK _F. SaVictorie_
SO. DIST. OF GA.

| Louise H. Dallas | Case No.  CV205-89 |
|---|---|
| Plaintiff | |
| v. | Appearing on behalf of |
| Merck & Co., Inc. | Plaintiff |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This __26th__ day of __May__, __2005__.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

NAME OF PETITIONER: Stephanie J. Hartley

Business Address: Spohrer, Wilner, Maxwell & Matthews, P.A.
_____
Firm/Business Name
701 West Adams Street
_____
Street Address

| Suite 2 | Jacksonville | FL | 32204 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (904) 354-8310 | |
| Telephone Number (w/ area code) | Georgia Bar Number |