DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-14)

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office
_____ M.
June 28, 20 05
_____
Deputy Clerk

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 542 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

| DISTRICT | DIV. | C.A | CASE CAPTION |
|---|---|---|---|
| FLORIDA MIDDLE | | | |
| FLM | 2 | 05-202 | Robert Lane v. Merck & Co., Inc. |
| FLM | 3 | 05-374 | Mary Ann Cantwell v. Merck & Co., Inc. |
| FLM | 8 | 05-773 | Ruby White v. Merck & Co., Inc., et al. |
| FLM | 8 | 05-902 | Sigmund T. Kraszka, et al. v. Merck & Co., Inc. |
| FLORIDA NORTHERN | | | |
| FLN | 3 | 05-153 | Jane C. Baker, etc. v. Merck & Co., Inc. |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 05-60121 | Abigail Altu v. Merck & Co., Inc. |
| FLS | 0 | 05-60386 | Peter Cavari, et al. v. Merck & Co., Inc. |
| FLS | 1 | 05-21135 | Launa Cobb v. Merck & Co., Inc. |
| GEORGIA MIDDLE | | | |
| GAM | 5 | 05-137 | Marinda Wiley v. Merck & Co., Inc. |
| GAM | 6 | 05-19 | Joe A. Braswell v. Merck & Co., Inc. |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 05-1125 | Clarence L. Carr v. Merck & Co., Inc. |
| GEORGIA SOUTHERN | | | |
| ~~GAS~~ | ~~2~~ | ~~05-87~~ | ~~Melvie Whitehead v. Merck & Co., Inc.~~ |
| ~~GAS~~ | ~~2~~ | ~~05-88~~ | ~~Mary C. Washington v. Merck & Co., Inc.~~ |
| ~~GAS~~ | ~~2~~ | ~~05-89~~ | ~~Louise H. Dallas v. Merck & Co., Inc.~~ |
| GAS | 5 | 05-33 | Linda L. Poole v. Merck & Co., Inc. |
| GAS | 5 | 05-34 | Lavada Sears v. Merck & Co., Inc. |
| IOWA SOUTHERN | | | |
| IAS | 4 | 05-158 | James B. Smith, etc. v. Merck & Co., Inc. |
| IDAHO | | | |
| ID | 1 | 05-162 | Calvin Kinghorn v. Merck & Co., Inc. |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 05-2715 | Edward Lee Barrow, etc. v. Merck & Co., Inc. |
| ILN | 1 | 05-2744 | Aldo Calandra, et al. v. Merck & Co., Inc. |
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 05-315 | Rosie-May Spann v. Merck & Co., Inc., et al. |
| ILS | 3 | 05-328 | Marilyn Fleming v. Merck & Co., Inc. |
| ILS | 3 | 05-330 | Gary Willis v. Merck & Co., Inc. |
| ILS | 3 | 05-340 | Nancy Marcum v. Merck & Co., Inc. |
| KANSAS | | | |
| KS | 2 | 05-2189 | Nancy L. Brockschmidt, etc. v. Merck & Co., Inc. |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 05-312 | Lynois LeBeau, et al. v. Merck & Co., Inc. |
| LOUISIANA WESTERN | | | |
| LAW | 2 | 05-827 | Geneva Thibodeaux, et al., et al. v. Merck & Co., Inc. |

| DISTRICT DIV. C.A | CASE CAPTION |
|---|---|
| **MASSACHUSETTS** | |
| MA 1 05-10819 | Eleanor Campanale, etc. v. Merck & Co., Inc. |
| MA 1 05-10882 | Marie Stanley v. Merck & Co., Inc. |
| MA 1 05-10931 | Commonwealth Care Alliance, et al. v. Merck & Co., Inc. |
| MA 1 05-10947 | Jeanette Anderson, etc. v. Merck & Co., Inc. |
| **MARYLAND** | |
| MD 1 05-1219 | Sadie M. Testerman v. Merck & Co., Inc. |
| MD 1 05-1258 | Hugh Nicholson, et al. v. Merck & Co., Inc. |
| **MINNESOTA** | |
| MN 0 05-862 | Lydia Chowning, etc. v. Merck & Co., Inc. |
| **MISSOURI EASTERN** | |
| MOE 4 05-557 | Dorothy Ganser, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-630 | Lavona Neal, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-631 | Dorothy Kassing, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-632 | Shirley Zook, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-665 | Andrew Kisty, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-666 | Virginia Kell, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-667 | Margaret Molder, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-668 | Mary Benson, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-669 | Earlie Douglas, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-670 | Walter Dochsteiner, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-671 | Ricardo Lara, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-672 | Joseph Squillace, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-673 | Loretta Trinidad, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-674 | David Moultrie, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-675 | Irene Rogers, et al. v. Merck & Co., Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-205 | Susan Carol Fisher v. Merck & Co., Inc. |
| **NEW JERSEY** | |
| NJ 3 05-1491 | Ferdinand Minibauer v. Merck & Co., Inc. |
| **NEW MEXICO** | |
| NM 1 05-488 | Magda Wright, etc. v. Merck & Co., Inc. |
| **NEW YORK EASTERN** | |
| NYE 1 05-2313 | John Colligan v. Merck & Co., et al. |
| **NEW YORK NORTHERN** | |
| NYN 1 05-518 | William R. Crounse, et al. v. Merck & Co., Inc. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-4428 | Diane Reid v. Merck & Co., Inc., et al. |
| **NEW YORK WESTERN** | |
| NYW 6 05-6211 | Gregory Saulpaugh, et al. v. Merck & Co., Inc., et al. |

| DISTRICT DIV. C.A | CASE CAPTION |
|---|---|
| VIRGINIA WESTERN<br>VAW 5 05-25 | Michael L. Buracker v. Merck & Co., Inc. |
| VERMONT<br>VT 2 05-112 | Guy Christie, et al. v. Merck & Co., Inc. |
| WASHINGTON EASTERN<br>WAE 2 05-124 | Shirley Dubuque, et al. v. Merck & Co., Inc. |
| WASHINGTON WESTERN<br>WAW 2 05-759 | Robert K. Waitt v. Merck & Co., Inc., et al. |
| WISCONSIN WESTERN<br>WIW 3 05-78 | Janice Lane, etc. v. Merck & Co., Inc. |
| WYOMING<br>WY 2 05-129 | Hazel Rudy, etc. v. Merck & Co., Inc. |

# INVOLVED JUDGES LIST (CTO-14)
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Terry I. Adelman
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Anthony A. Alaimo
Senior U.S. District Judge
U.S. District Court
P.O. Box 944
Brunswick, GA 31521

Hon. Cecilia M. Altonaga
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 4th Floor
Miami, FL 33128-7788

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums Fed. Bldg.
1301 Clay Street
Oakland, CA 94612-5212

Hon. Henry E. Autrey
U.S. District Judge
10N. 148 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. J. Daniel Breen
U.S. District Judge
345 United States Courthouse
111 South Highland Avenue
Jackson, TN 38301

Hon. Clarence A. Brimmer
U.S. District Judge
2120 Capitol Avenue, Room 2603
Cheyenne, WY 82001

Hon. Julie E. Carnes
U.S. District Judge
2167 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Stanley R. Chesler
U.S. District Judge
5050 Clarkson S. Fisher Fed. Bldg.
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Lacey A. Collier
Senior U.S. District Judge
U.S. Courthouse
One North Palafox Street
Pensacola, FL 32502-5625

Hon. Richard P. Conaboy
Senior U.S. District Judge
P.O. Box 189
U.S. Courthouse, 4th Floor
Scranton, PA 18501

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Timothy J. Corrigan
U.S. District Judge
United States Courthouse
300 N. Hogan Street, Suite 11-350
Jacksonville, FL 32202

Hon. Virginia Maria Hernandez
Covington
U.S. District Judge
3-160 U.S. Courthouse & Fed. Bldg.
2110 First Street
Fort Myers, FL 33901

Hon. Barbara B. Crabb
Chief Judge, U.S. District Court
P.O. Box 591
Madison, WI 53701-0591

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S.
Courthouse
40 Centre Street
New York, NY 10007

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Robert T. Dawson
U.S. District Judge
U.S. District Court
P.O. Box 1624
Fort Smith, AR 72902-1624

Hon. Bernice Bouie Donald
U.S. District Judge
341 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Hon. Robert L. Echols
Chief Judge, U.S. District Court
824 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3869

Hon. R. Allan Edgar
Chief Judge, U.S. District Court
P.O. Box 1748
Chattanooga, TN 37401-1748

Hon. Reginald C. Lindsay
U.S. District Judge
5130 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. Ronald E. Longstaff
Chief Judge, U.S. District Court
422 U.S. Courthouse
123 East Walnut Street
Suite 422
Des Moines, IA 50309

Hon. Edmund V. Ludwig
Senior U.S. District Judge
12614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1775

Hon. Algenon L. Marbley
U.S. District Judge
319 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. William T. Moore, Jr.
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 10245
Savannah, GA 31412

Hon. Malcolm Muir
Senior U.S. District Judge
240 West Third Street, Suite 401
Williamsport, PA 17701

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201-2954

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. Wilbur D. Owens, Jr.
Senior U.S. District Judge
P.O. Box 65
Macon, GA 31202

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Robert E. Payne
U.S. District Judge
Lewis F. Powell, Jr.
United States Courthouse
1000 East Main Street
Richmond, VA 23219-3525

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
14th Floor
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Virgil Pittman
Senior U.S. District Judge
United States District Court
113 Street Joseph Street
Mobile, AL 36602

Hon. Frank J. Polozola
Chief Judge, U.S. District Court
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Dan A. Polster
U.S. District Judge
188 Carl B. Stokes
801 W. Superior Avenue
Cleveland, OH 44113

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. C. Ashley Royal
U.S. District Judge
U.S. District Court
P.O. Box 128
Macon, GA 31202

Hon. Dana M. Sabraw
U.S. District Judge
U.S. District Court
4290 Edward J. Schwartz U.S.
Courthouse
940 Front Street
San Diego, CA 92101

Hon. Frederick J. Scullin, Jr.
Chief Judge, U.S. District Court
P.O. Box 7255
Syracuse, NY 13261

Hon. William K. Sessions, III
Chief Judge, U.S. District Court
P.O. Box 928
Burlington, VT 05402

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-1116

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

June 13, 2005

Honorable Eldon E. Fallon
U.S. District Judge
500 Poydras Street
C-456 Hale Boggs Federal Building
& U.S. Courthouse
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-14)

Dear Judge Fallon:

    For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

                           Very truly,

                           Michael J. Beck
                           Clerk of the Panel

                         By_____
                             Deputy Clerk

cc:    (See Attached List of Judges)

JPML Form 39B